IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

OSMAR WOSBELI RAMIREZ-CHAVEZ,

    Petitioner,

v.                                                                                          Case No. 2:25-cv-03141-MSN-cgc

MELLISSA B. HARPER, *New Orleans Field Office Director for ICE Enforcement and Removal Operations*,

    Respondent.

---

**ORDER DIRECTING PETITIONER TO SERVE PETITION AND ORDERING RESPONDENT TO SHOW CAUSE**

---

Petitioner Osmar Wosbeli Ramirez-Chavez, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "§ 2241 Petition.")

Petitioner is **ORDERED** to provide immediate service of the Petition and this Order to the United States Attorney for the Western District of Tennessee electronically at stuart.canale@usdoj.gov. Respondent is **ORDERED** to show cause within **14 days** of such electronic service why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243. Electronic service on the United States Attorney for the Western District of Tennessee is not a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

Petitioner may file a reply to Respondent's answer or response within **seven (7) days** of service. If Petitioner asserts that there are issues of fact that need to be resolved at a hearing,

Petitioner shall include those issues in the reply.  If the Court finds that a hearing is necessary, a date will be set by separate order.  *See* 28 U.S.C. § 2243.

    **IT IS SO ORDERED**, this 12th day of January, 2026.

                                           *s/ Mark S. Norris*
                                           MARK S. NORRIS
                                           UNITED STATES DISTRICT JUDGE